# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

––––––––––

No. 13-30765
Conference Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

February 21, 2014

Lyle W. Cayce
Clerk

––––––––––

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

GILBERTO DEL RIO HERRERA, also known as Gilberto Delrio, also known as Gilberto Delrio Herrera, also known as Gilberto Herrera Delrio, also known as Gilberto Del Rio-Herrera, also known as Alejandro Jimenez-Gutierrez, also known as Mario Alejandro Jimenez-Gutierrez, also known as Julio Fuentes Lind,

Defendant-Appellant

c/w No. 13-30799

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

GILBERTO DEL RIO HERRERA,

Defendant-Appellant

–––––––––––––––––

Appeals from the United States District Court
for the Western District of Louisiana
USDC No. 6:13-CR-13-1
USDC No. 6:13-CR-100-1

–––––––––––––––––

No. 13-30765

Before REAVLEY, OWEN, and SOUTHWICK, Circuit Judges.

PER CURIAM:*

The Federal Public Defender appointed to represent Gilberto Del Rio Herrera (Del Rio) has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Del Rio has filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Del Rio's response. We concur with counsel's assessment that the appeals present no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEALS ARE DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.